# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Dr. Keith F. Bell, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 23-cv-03008-JMB-JFD |
| Show-Rite Feeds, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: the claims asserted in the Complaint (Doc. No. 1) are dismissed with prejudice, the counterclaims asserted in the Amended Answer (Doc. No. 14) are dismissed without prejudice, and each party shall bear their own costs and attorneys' fees.

Date: 8/8/2024                                                                                  KATE M. FOGARTY, CLERK